Opinion filed September 19, 2024



**In The**

# Eleventh Court of Appeals

_____

## No. 11-24-00226-CV

_____

## IN RE HDJ CONSTRUCTION, LLC

**Original Proceeding**

**M E M O R A N D U M   O P I N I O N**

Relator, HDJ Construction, LLC (HDJ), filed in this court a petition for writ of mandamus and a motion for emergency stay on August 16, 2024.  On August 19, we issued a temporary stay of the trial court's order compelling HDJ to produce certain documents, as well as the hearing set for September 19, 2024.  On September 11, 2024, Relator filed an unopposed motion to dismiss the petition for writ of mandamus, advising that the trial court "signed an order on [HDJ's] Motion for Reconsideration" that rendered this proceeding moot.

Accordingly, we grant Relator's motion and dismiss the petition for writ of mandamus.  We further dismiss any other pending motions as moot, and this court's order of emergency stay entered on August 19 is hereby withdrawn.

JOHN M. BAILEY

September 19, 2024                                CHIEF JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.